■ KAREN HEIDBRINK, Respondent, v KARL H. HEIDBRINK, Appellant. [723 NYS2d 374] —In a matrimonial action in which the parties were divorced by judgment dated April 22, 1997, the defendant former husband appeals from an order of the

Supreme Court, Westchester County (Shapiro, J.), entered August 3, 2000, which denied, without a hearing, his motion for a downward modification of his obligation to pay maintenance.

Ordered that the order is affirmed, with costs.

The defendant's motion was properly denied without a hearing (*see, Beck v Beck,* 236 AD2d 703, 704; *Gerringer v Gerringer,* 152 AD2d 652). Ritter, J. P., Krausman, S. Miller and Feuerstein, JJ., concur.